

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00097-CV

Luis Alfredo **ROSA** and Myrna Lizzet Rosa,
Appellants

v.

**MESTENA OPERATING, LLC**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16486-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Mestena Operating, LLC recover its costs of this appeal from Appellants Luis Alfredo Rosa and Myrna Lizzet Rosa.

SIGNED December 17, 2014.

Karen Angelini, Justice